IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| OTSUKA PHARMACEUTICAL CO., LTD.,<br><br>Plaintiff,<br><br>v.<br><br>MYLAN INC. and MYLAN PHARMACEUTICALS INC.,<br><br>Defendants. | Civil Action No.: 1:14-cv-04508-JBS-KMW<br>Civil Action No.: 1:17-cv-00392-JBS-KMW |

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Otsuka Pharmaceutical Co. Ltd. and Defendants Mylan Inc. and Mylan Pharmaceuticals Inc., through their undersigned counsel of record, that:

1. All claims that were brought or could be brought now or in the future, including but not limited to those in Civil Action Nos. 14-cv-04508 and 17-cv-00392, concerning patent infringement with respect to Mylan's ANDA No. 206-240 ("Mylan ANDA") and its aripiprazole drug product described therein ("Mylan ANDA Product") are hereby dismissed with prejudice, and without costs, disbursements or attorneys' fees to any party. All counterclaims and affirmative defenses in these matters, Civil Action Nos. 14-cv-04508 and 17-cv-00392, are hereby dismissed without prejudice.

Date March 2, 2018                                          Respectfully submitted,

| s/Melissa A. Chuderewicz | s/Arnold B. Calmann |
|---|---|
| Melissa A. Chuderewicz | Arnold B. Calmann (abc@saiber.com) |
| **PEPPER HAMILTON LLP** | Jeffrey Soos (js@saiber.com) |
| *(A Pennsylvania Limited Liability Partnership)* | Katherine A. Escanlar (kae@saiber.com) |
| Suite 400 | **SAIBER LLC** |
| 301 Carnegie Center | One Gateway Center, 10th Floor |
| Princeton, New Jersey 08543-5276 | Newark, New Jersey 07102 |
| (609) 452-4808 | Telephone: (973) 622-3333 |
| chuderem@pepperlaw.com | Facsimile: (973) 286-2465 |
| | |
| Of counsel: | Of counsel: |
| James B. Monroe | Deepro R. Mukerjee |
| Paul W. Browning | Lance A. Soderstrom |
| Eric J. Fues | Stephanie M. Roberts |
| Denise Main | **ALSTON & BIRD LLP** |
| FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP | 90 Park Avenue |
| 901 New York Avenue, N.W. | New York, NY 10016 |
| Washington, DC 20001-4413 | (212) 210-9400 |
| (202) 408-4000 | |
| | Derek S. Neilson |
| *Attorneys for Plaintiff and Counterclaim-Defendant Otsuka Pharmaceutical Co., Ltd.* | **ALSTON & BIRD LLP** |
| | 2828 North Harwood Street, 18th Floor |
| | Dallas, Texas 75201-2139 |
| | (214) 922-3400 |
| | |
| | *Attorneys for Defendants and Counterclaim-Plaintiffs Mylan Inc., and Mylan Pharmaceuticals Inc.* |

**ORDER**

**SO ORDERED:**

This **2nd** day of **March**, 2018

_____
JEROME B. SIMANDLE
**UNITED STATES DISTRICT JUDGE**